# MINUTE ORDER

Page 1

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5   Date: 02.21.18   Time: 2:00 p.m.

Defendant: LEWIS RICHARD BENNETT   J#: 16483-104   Case #: 18-2236-MCALILEY SEALED
AUSA: Emily Rose   Attorney:
Violation: SECOND DEGREE MURDER WITHIN MARITIME & TERRITORIAL JURISDICTION   Surr/Arrest Date: 02.21.18   YOB: 1977
Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ○ Yes  ○ No   Recommended Bond:
Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: ENGLISH

Disposition:
Motion to Unseal is GRANTED.
Defendant advises Marc Shiner is his attorney.
Defendant held Temporary Pretrial Detention @ Government request, risk of flight and danger to the community.

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 2/26/18 | 10:00 | Miami Duty | |
| PTD Hearing: | 2/26/18 | 10:00 | Miami Duty | |
| Arraignment: | 2/26/18 | 10:00 | Miami Duty | |
| Status Conference RE: | | | | |

D.A.R. 14:05:43   Time in Court: 2

s/Edwin G. Torres   Magistrate Judge