# COURT MINUTES

## Magistrate Judge Chris M. McAliley

**Atkins Building Courthouse - 6th Floor**   Date: 2.26.18   Time: 10:00 a.m.

Defendant: Lewis R. Bennett   J#: 16483-104   Case #: 18-2236-McAliley

AUSA: Miesha Darrough   Attorney: appt - L. Kransdorf Kurt Luchlemer

Violation: Second Degree Murder/Maritime

Proceeding: Rrc, Ptd & Prel/Arraign   CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: Ptd

Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English ✓

Disposition: d/sworn. Appt appd.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
(PTD) Bond Hearing: 3/2/18  10 Am ✓
(Prelim/Arraign) or Removal: 3/2/18  10 Am
Status Conference RE: _____

D.A.R. 10:10:28   Time in Court: 5