# COURT MINUTES

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor        Date: 3/2/2018    Time: 10:00 a.m.

Defendant: Lewis R. Bennett    J#: 16483-104    Case #: 18-cr-20136-Moreno
AUSA: Kurt L. Lenkenheimer    Attorney: AFPD – V. Chen
Violation: Second Degree Murder in Special Maritime Jurisdiction of the U.S.
Proceeding: PTD    CJA Appt:
Bond/PTD Held: ☑ Yes  ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English ✓

Disposition: Take off
**Arraignment set for 3/7

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

Govt req PTD as a Danger & Risk
Govt. Proffers
S/A (FBI) James Kelley sworn & testified.
Direct/Re-direct Exam.
Court orders Pretrial Detention as a Risk / Flight

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place: Clerks
Report RE Counsel:    Defense req. discovery.
PTD/Bond Hearing:    no objection
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:30:15    Time in Court: 30

Ihs detained per Govt., AUSA Kurt Lenkenheimer.