UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20136-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LEWIS RICHARD BENNETT,

        Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO CONTINUE

THIS CAUSE came before the Court upon joint motion to continue hearing by one week [D.E. #56] and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion to continue hearing is **GRANTED**. The hearing is reset for **Wednesday, November 7, 2018 at 9:00 a.m.**

DONE and ORDERED in Miami-Dade County Florida this 23rd day of October, 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record