UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20136-CR-MORENO

**UNITED STATES OF AMERICA,**
    **Plaintiff,**
vs.

**LEWIS RICHARD BENNETT,**

    Defendant.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been **SET** for a

### CHANGE OF PLEA HEARING

### MONDAY, NOVEMBER 5, 2018 at 3:00 p.m.

before the Honorable **FEDERICO A. MORENO**, United States District Judge, in Courtroom 13-3, 13th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128.

Dated: 11/01/2018

                    **STEVE LARIMORE**
                    CLERK OF COURT

cc:
AUSA:
All counsel of record

              By: _____
                    **SHIRLEY CHRISTIE**
                    Courtroom Deputy