# MINUTE ORDER

Page 6

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date: 11/2/2018    Time: 2:00 p.m.

Defendant:  LEWIS RICHARD BENNETT          J#: 16483-104    Case #:  18-20136-CR-MORENO(s)

AUSA: Kirk Lunkenheimer          Attorney:  Vanessa Chen

Violation: INVOLUNTARY MANSLAUGHTER WITHIN THE SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE U.S.          Surr/Arrest Date:          YOB: 1977

Proceeding:  Arraignment/Waiver of Indictment          CJA Appt:

Bond/PTD Held: ◯ Yes   ◯ No          Recommended Bond:

Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language:  ENGLISH

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:

WAIVER of Indictment executed.

Defendant Arraigned

*INFORMATION*

Reading of ~~Indictment~~ Waived
Not Guilty plea entered
Jury trail demanded
Standing Discovery Order requested

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:03:47          Time in Court: 2

s/Edwin G. Torres          Magistrate Judge