UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **18-20136-CR-MORENO**

UNITED STATES OF AMERICA
    Plaintiff,
v.

**LEWIS RICHARD BENNETT,**

    Defendant.
_____/

## NOTICE OF SENTENCING DATE

TO:  DEFENDANT(S), DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the **Honorable FEDERICO A. MORENO**, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on

**JANUARY 10, 2019 at 9:45 a.m.**

for imposition of sentence. On the date, report to the U.S. Courthouse, Courtroom, 13-3, 13TH Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128, where sentence will be imposed. You will receive no further notice.

If the above-named defendant(s) has/have executed a bond with this Court, this notice advises the defendant(s) that failure to appear as directed herein could result in his/her/their being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report (PSR) to this Court will be completed and a copy made available to the parties and their counsel. DEFENSE COUNSEL AND THE DEFENDANT(S), IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION (U.S. Courthouse, 400 N. Miami Avenue, Room (9S41).

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

DATED: November 5, 2018             STEVEN LARIMORE, CLERK

COUNSEL: D'Arsey Houlihan, AFPD

GOV'T: Kurt Lunkenheimer             By: _____
                                                                             Shirley Christie
                                                                             Deputy Clerk

The defendant, having **pled** guilty as to Count
          ONE                      of the **Information** and the defendant is **In Custody.**