UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Federico A. Moreno

DATE **01/29/2019** DEFT **LEWIS BENNETT** CASE NO. **18-20136-CR-MORENO**

REPORTER **Gilda Pastor-Hernandez** CLERK **Shirley Christie**

AUSA **Kurt Lunkenheimer** DEFT. COUNSEL **D'arsey Houlihan, AFPD/Vanessa Chen, AFPD Mitchell Kitroser, Esq.**

USPO **Nicole Pender** INTERPRETER **N/A**

( ) Deft. failed to appear – WARRANT ISSUED.   Bond forfeited.

(xxx)   Sentencing continued until **May 28, 2019 at 9:00 a.m.**

(xxx) JUDGMENT AND SENTENCE

**Imprisonment:**_____

(xxx) **Custody of Defendant**

(xxx) Remanded to the United States Marshal

( ) Voluntary Surrender to (designated institution or U.S. Marshal) on.

( ) Commitment recommendation: _____

**Supervised Release:** _____

**Assessment:** _____

**Other: (Fine, restitution, etc.)** _____

(xxx) **Additional comments:** _____

COURT TIME:   1 hour 22 minutes