UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20136-CR-MORENO/LEWIS

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

LEWIS RICHARD BENNETT,
                    Defendant.

_____/

## STATUS OF ISSUES RAISED BY THE COURT
## AT THE INTIAL SENTENCING HEARING


At the sentencing hearing on January 29, 2019, the Court raised concerns about two issues, the sale of the condominium owned by Isabella Hellman and visitation by Ms. Hellman's family with Mr. Bennett's daughter who currently resides in Scotland.  The Court continued the sentencing hearing until May 28, 2019 so that those issues could be resolved prior to the imposition of sentence.  It does not appear that those two issues will be fully resolved by May 28, 2019. Consequently, undersigned counsel felt that the Court would wish to know the status prior to the sentencing date. The condominium will, in all likelihood, be transferred into Mr. Bennett's daughter's name by the sentencing date, but it is unlikely that it will be sold.  The visitation was originally scheduled for March 18, 2019 but has been postponed at the Hellman's request until June 6, 2019.

**Condominium**

Undersigned counsel has worked with Mr. Bennett's civil attorney and the

Hellman family attorney to arrange for the sale of Ms. Hellman's condominium. Mr. Bennett has executed a renunciation of all interest in the condominium specifically and Ms. Hellman's estate generally. That document has been filed with the Palm Beach County Probate Court. Before the condominium can be placed on the market, the Probate Court must enter an order to "set aside" the homestead for Mr. Bennett's daughter. A hearing has been scheduled before the probate judge on May 3, 2019 to address this issue. Mr. Bennett's civil attorney believes that, if the hearing goes as anticipated, the condominium will be placed on the market by the currently scheduled sentencing date. According to Mr. Bennett's civil attorney, whether the condominium will actually be sold by the sentencing date is unclear but Mr. Bennett "will have done everything he can to renounce all interests in [Ms. Hellman's] estate as of the time of the sentencing."

**Visitation**

Undersigned counsel has worked with Mr. Bennett's family to arrange for visitation between Ms. Hellman's family and Mr. Bennett's daughter in Scotland. The Hellmans and the Bennetts initially scheduled visits for the week of March 18th. On March 16th, however, the Hellman family contacted Mr. Bennett's family to cancel that visitation. It is defense counsel's understanding that one of the Hellmans did not receive a visa until the March 14th. At that point, the Hellmans informed the Bennett's that they were unable to procure suitable flights to London. The visitation has now been rescheduled for June 6, 2019. Approximately six members of the Hellman family will arrive in Edinburgh that day and visits are

scheduled to take place over several days before the family departs the UK on June

12th. In the meantime, the Bennett family has arranged for regular facetime calls

between the Hellman family and Mr. Bennett's daughter.  It is undersigned

counsel's understanding that approximately six calls have taken place since the

original sentencing date and that the Bennetts have agreed to facilitate at least two

facetime calls per month.

Undersigned counsel has kept AUSA Lunkenheimer apprised of the progress

of these two issues.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:*s/ R. D'Arsey Houlihan*
R. D'Arsey Houlihan
Assistant Federal Public Defender
Florida Bar No. 100536
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
(305) 536-4559, Fax
E-Mail:  d'arsey_houlihan@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 17, 2019, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the

foregoing document is being served this day on all counsel of record or *pro se*

parties, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.

<u>*/s/**R. D'Arsey Houlihan***</u>
R. D'Arsey Houlihan