**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20136-CR-MORENO**

UNITED STATES OF AMERICA,

                **Plaintiff,**

vs.

LEWIS RICHARD BENNETT,

                **Defendant.**

_____/

## ORDER DENYING MOTION TO CONTINUE SENTENCING

THIS CAUSE came before the Court upon United States of America's motion to continue

sentencing **[D.E. #82]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion to continue sentencing hearing is **DENIED.**

The sentencing hearing will remain set **Tuesday, May 28, 2019 at 9:00 a.m.**

DONE and ORDERED in Miami-Dade County Florida this _20_ day of May, 2019.


_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE


Copies furnished to:

All counsel of record