Lewis Richard Bennett
Reg. No. 16483-104 OB-A
Federal Correctional Institution II
P.O. Box 5010
Oakdale, LA 71463

9/24/2020

Clerk of the court
United States Court
400 North Miami Avenue
Miami, Florida 33128

FILED BY ___PG___ D.C.
SEP 29 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re: 18-20136-CR-Moreno

Dear Clerk of the court:

   I am hereby requesting a curtesy copy of my docket sheet on the above cited case number. If there is any cost incurred for providing me with such copy, please do notify me accordingly.

   I really do thank you beforehand for taking your time to assist me with this matter.

Most Respectfully,

*[signature]*

Lewis Richard Bennett



Lewis Richard Bennett
Reg. No. 08015-479 08-A
Federal Correctional Institution II
P.O. Box 5010
Oakdale, LA 71463

SHREVEPORT LA 710
25 SEP 2020 PM 2 L

Clerk of the Court
United States Courthouse
400 North Miami Avenue
Miami, Florida 33128

33128-771699